JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINE BRAEGER, | Case No: CV12-5103 R(PLAx) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: Nov. 30, 2012

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

- 1 -
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE