JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE BRAEGER,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No: CV12-5103 R(PLAx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: Nov. 30, 2012

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE